AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
CASEY CUSICK (AKA: UNKNOWN)

*Defendant*

)
)
)
)
)
)
)

Case: 1:21-mj-00486
Assigned To : Meriweather, Robin M.
Assign. Date : 6/21/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CASEY CUSICK,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; Disorderly or Disruptive Conduct in a Restricted Building;
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 06/21/2021

2021.06.21
18:02:20 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 06/24/2021, and the person was arrested on *(date)* 06/24/2021
at *(city and state)* 141 FRANTE AVE NE PALM BAY, FLORIDA

Date: 06/24/2021

Agent D. Strait
*Arresting officer's signature*

Agent Joshua Strait
*Printed name and title*